FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CASE NO. 2:08-cr-00808-TJH |
| v. | ) | |
| | ) | ORDER OF DETENTION |
| Edmund Clinton Davis, Jr. | ) | |
| Defendant. | ) | |

I.

A. ( ) On motion of the Government in a case allegedly involving:

1. ( ) a crime of violence.

2. ( ) an offense with maximum sentence of life imprisonment or death.

3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years.

4. ( ) any felony - where the defendant has been convicted

of two or more prior offenses described above.
5. ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.
B. ( ) On motion by the Government / ( ) on Court's own motion, in a case allegedly involving:
( ) On the further allegation by the Government of:
1. ( ) a serious risk that the defendant will flee.
2. ( ) a serious risk that the defendant will:
   a. ( ) obstruct or attempt to obstruct justice.
   b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.
C. The Government ( ) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. (✓) The Court finds that no condition or combination of conditions will reasonably assure:
1. (✓) the appearance of the defendant as required.
   (✓) and/or
2. (✓) the safety of any person or the community.
B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided

1        by statute.
2
3                            III.
4   The Court has considered:
5   A. the nature and circumstances of the offense(s) charged, including
6      whether the offense is a crime of violence, a Federal crime of
7      terrorism, or involves a minor victim or a controlled substance,
8      firearm, explosive, or destructive device;
9   B. the weight of evidence against the defendant;
10  C. the history and characteristics of the defendant; and
11  D. the nature and seriousness of the danger to any person or to the
12     community.
13                           IV.
14  The Court also has considered all the evidence adduced at the hearing
15  and the arguments and/or statements of counsel, and the Pretrial
16  Services Report/recommendation.
17
18                           V.
19  The Court bases the foregoing finding(s) on the following:
20  A. ( ) As to flight risk: _____
21                                                  _____
22                                                  _____
23                                                  _____
24                                                  _____
25                                                  _____
26                                                  _____
27  _____
              ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))
28  CR-94 (06/07)                                              Page 3 of 4

B. ( ) As to danger: _____
_____
_____
_____
_____
_____
_____
_____
_____

## VI.

A. ( ) The Court finds that a serious risk exists that the defendant will:
 1. ( ) obstruct or attempt to obstruct justice.
 2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following: _____
_____
_____
_____
_____
_____
_____
_____

## VII.

1  A. IT IS THEREFORE ORDERED that the defendant be detained prior to
2     trial.
3  B. IT IS FURTHER ORDERED that the defendant be committed to the
4     custody of the Attorney General for confinement in a corrections
5     facility separate, to the extent practicable, from persons
6     awaiting or serving sentences or being held in custody pending
7     appeal.
8  C. IT IS FURTHER ORDERED that the defendant be afforded reasonable
9     opportunity for private consultation with counsel.
10 D. IT IS FURTHER ORDERED that, on order of a Court of the United
11    States or on request of any attorney for the Government, the person
12    in charge of the corrections facility in which the defendant is
13    confined deliver the defendant to a United States marshal for
14    the purpose of an appearance in connection with a court proceeding.

DATED: 5-16-17

_____
UNITED STATES MAGISTRATE JUDGE